# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0842

VERSUS

MAURICE CANTRELL FRANCIS

**NOVEMBER 18, 2024**

---

In Re:    Maurice Cantrell Francis, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 23-02886.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-2, 4-3, and 4-5 (C)(11), by failing to provide this court with evidence of a timely filed notice of intent and documentation of a return date set by the district court after the district court's October 23, 2023, ruling. Furthermore, although it is not a violation of the Uniform Rules, we note that relator failed to provide this court with a copy of all pertinent transcripts necessary to review his claims, particularly the transcript of the January 24, 2024, hearing. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before December 18, 2024. Any future filing on this issue should include the entire contents of this application, the missing item(s) noted above, and a copy of this ruling.

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT